1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   400 Capitol Mall, Suite 2300
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   STAPLES THE OFFICE SUPERSTORE,
6  INC., STAPLES, INC. and SPERLING WOODLAND, LLC
   (by special appearance)
7

8  DISABLED ACCESS PREVENTS INJURY, INC.
   Scott N. Johnson (SBN 166952)
9  5150 Fair Oaks Blvd., Suite 101
   PMB #253
10 Carmichael, CA  95608-5758
   Telephone:  (916) 485-3516
11 Facsimile:  (916) 481-4224
   Email:  scottnjohnson@comcast.net
12
   Attorneys for Plaintiff
13 SCOTT N. JOHNSON

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 SCOTT N. JOHNSON,              ) Case No. 2:10-CV-03097-JAM-EFB
                                  )
            Plaintiff,            ) **STIPULATION AND ORDER**
18                                ) **EXTENDING TIME TO RESPOND TO**
     v.                           ) **COMPLAINT**
19                                )
   EMBARCADERO HOLDINGS ONE, LLC; ) Complaint filed:  November 17, 2010
20 STAPLES, INC.; SPERLING WOODLAND,)
   LLC; STAPLES THE OFFICE SUPERSTORE,)
21 INC.; SIERRA ELM SHOPPING CENTER )
   ASSOCIATES, LLC; MR. PICKLE'S   )
22 OPERATING CORP.; SIERRA ELM, INC.,)
                                  )
23          Defendants.           )

24       Defendants STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and

25 SPERLING WOODLAND, LLC ("defendants") and plaintiff SCOTT N. JOHNSON

26 ("plaintiff"), hereby stipulate that defendants have an additional thirty (30) days to respond to

27 plaintiff's complaint.  Defendants' responsive pleading is now due on March 23, 2011.

28

13065342v.1                             1                    Case No. 2:10-CV-03097 JAM-EFB
      STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
PDF created with pdfFactory trial version www.pdffactory.com

This stipulation is executed and filed pursuant to Local Rule 144.  One prior 28-day extension of time was previously agreed upon.  The reason for the present extension is that the parties have been engaged in settlement discussions and hope to resolve this matter prior to engaging in any further litigation.

DATED:  February 17, 2011                    DISABLED ACCESS PREVENTS INJURY, INC.

By  s/ Scott N. Johnson
    Scott N. Johnson
Attorneys for Plaintiff
SCOTT N. JOHNSON

DATED:  February 17, 2011                    SEYFARTH SHAW LLP

By  s/ Kristina Launey
    Kristina M. Launey
Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC (special appearance)

**IT IS SO ORDERED.**

DATED:  2/22/2011                    /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com