```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>     vs.<br><br>Embarcadero Holdings One, LLC,<br><br>et al,<br><br>        Defendants | Case No. **2:10-cv-03097-JAM-EFB**<br><br>**PROPOSED ORDER RE: REQUEST FOR DISMISSAL OF MR. PICKLE'S OPERATING CORP.**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Mr. Pickle's Operating Corp. is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  3/3/2011

                    /s/ John A. Mendez_____
                    U. S. DISTRICT COURT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-03097-JAM-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com