SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
STAPLES THE OFFICE SUPERSTORE,
INC., STAPLES, INC. and SPERLING WOODLAND, LLC
(by special appearance)

DISABLED ACCESS PREVENTS INJURY, INC.
Scott N. Johnson (SBN 166952)
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:  (916) 485-3516
Facsimile:  (916) 481-4224)
Email:  scottnjohnson@comcast.net

Attorneys for Plaintiff
SCOTT N. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:10-CV-03097-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| EMBARCADERO HOLDINGS ONE, LLC; STAPLES, INC.; SPERLING WOODLAND, LLC; STAPLES THE OFFICE SUPERSTORE, INC.; SIERRA ELM SHOPPING CENTER ASSOCIATES, LLC; MR. PICKLE'S OPERATING CORP.; SIERRA ELM, INC., | Complaint filed:  November 17, 2010 |
| Defendants. | |

Defendants STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and

SPERLING WOODLAND, LLC ("defendants") and plaintiff SCOTT N. JOHNSON

("plaintiff"), hereby stipulate that defendants have an additional thirty (30) days to respond to

plaintiff's complaint.  Defendants' responsive pleading is now due on April 22, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

1        This stipulation is executed and filed pursuant to Local Rule 144.  Two prior extensions

2 of time was previously agreed upon.  The reason for the present extension is that the parties have

3 been engaged in settlement discussions and hope to resolve this matter prior to engaging in any

4 further litigation.

5 DATED:  March 22, 2011               DISABLED ACCESS PREVENTS
                                          INJURY, INC.

6

7

8                                    By_____s/ Scott N. Johnson_____
                                          Scott N. Johnson
                                    Attorneys for Plaintiff

9                                    SCOTT N. JOHNSON

10 DATED:  March 22, 2011               SEYFARTH SHAW LLP

11

12                                    By_____s/ Kristina Launey_____
                                          Kristina M. Launey

13                                    Attorneys for Defendant

14                                    STAPLES THE OFFICE SUPERSTORE,
                                    INC., STAPLES, INC. and SPERLING

15                                    WOODLAND, LLC (special appearance)

16 **IT IS SO ORDERED.**

17

18

19

20 DATED:  3/22/2011            /s/ John A. Mendez_____
                           UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com