SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Embarcadero Holdings One, LLC, et al,<br><br>    Defendants | Case No. **2:10-cv-03097-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF SIERRA ELM, INC.**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Sierra Elm, Inc. is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  3/30/2011

                              /s/ John A. Mendez _____
                              U. S. DISTRICT COURT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-03097-JAM-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com