SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Embarcadero Holdings One, LLC,<br>et al,<br><br>        Defendants | Case No. **2:10-cv-03097-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF EMBARCADERO HOLDINGS ONE, LLC**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Embarcadero Holdings One, LLC is hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Date: 4/19/2011

/s/ John A. Mendez
Honorable John A. Mendez
U.S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-03097-JAM-EFB - 1