SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
STAPLES THE OFFICE SUPERSTORE,
INC., STAPLES, INC. and SPERLING WOODLAND, LLC
(by special appearance)

DISABLED ACCESS PREVENTS INJURY, INC.
Scott N. Johnson (SBN 166952)
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone: (916) 485-3516
Facsimile: (916) 481-4224
Email: scottnjohnson@comcast.net

Attorneys for Plaintiff
SCOTT N. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>EMBARCADERO HOLDINGS ONE, LLC; STAPLES, INC.; SPERLING WOODLAND, LLC; STAPLES THE OFFICE SUPERSTORE, INC.; SIERRA ELM SHOPPING CENTER ASSOCIATES, LLC; MR. PICKLE'S OPERATING CORP.; SIERRA ELM, INC.,<br><br>        Defendants. | Case No. 2:10-CV-03097-JAM-EFB<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER**<br><br>(E.D. L.R. 160(b)) |

Pursuant to Local Rule 160(b), Defendants STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC ("defendants") and plaintiff SCOTT N. JOHNSON ("plaintiff") hereby request that the Court grant the parties an additional 30 days to file dispositional documents in this case. Good causes exists for the extension because the parties have been diligently working since the date they reached agreement

regarding resolution of this matter to agree upon and finalize the necessary documents to resolve the case. The parties hope to have those documents finalized and a stipulation for settlement filed with the Court within the next 30 days.

DATED: May 12, 2011　　　　　　　　　　DISABLED ACCESS PREVENTS INJURY, INC.

By　　s/ Scott N. Johnson　　　　
　　　Scott N. Johnson
Attorneys for Plaintiff
SCOTT N. JOHNSON

DATED: May 12, 2011　　　　　　　　　　SEYFARTH SHAW LLP

By　　s/ Kristina Launey　　　　
　　　Kristina M. Launey
Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC (special appearance)

　　　Good cause having been shown, the Court hereby orders that the parties will file dispositional documents no later than June 13, 2011.

**IT IS SO ORDERED.**

Dated: May 13, 2011　　　　　　　　　　/s/ John A. Mendez　　　　
　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com