1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   400 Capitol Mall, Suite 2300
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   STAPLES THE OFFICE SUPERSTORE,
6  INC., STAPLES, INC. and SPERLING WOODLAND, LLC

7  DISABLED ACCESS PREVENTS INJURY, INC.
   Scott N. Johnson (SBN 166952)
8  5150 Fair Oaks Blvd., Suite 101
   PMB #253
9  Carmichael, CA  95608-5758
   Telephone:  (916) 485-3516
10 Facsimile:  (916) 481-4224)
   Email:  scottnjohnson@comcast.net
11
   Attorneys for Plaintiff
12 SCOTT N. JOHNSON

13
                        UNITED STATES DISTRICT COURT
14
                       EASTERN DISTRICT OF CALIFORNIA
15

16 SCOTT N. JOHNSON,                ) Case No. 2:10-CV-03097-JAM-EFB
                                    )
17        Plaintiff,                ) **SECOND REQUEST FOR EXTENSION**
                                    ) **OF TIME TO FILE DISPOSITIONAL**
18     v.                           ) **DOCUMENTS AND ORDER**
                                    )
19 EMBARCADERO HOLDINGS ONE, LLC;   ) **(E.D. L.R. 160(b))**
   STAPLES, INC.; SPERLING WOODLAND,)
20 LLC; STAPLES THE OFFICE SUPERSTORE,)
   INC.; SIERRA ELM SHOPPING CENTER )
21 ASSOCIATES, LLC; MR. PICKLE'S    )
   OPERATING CORP.; SIERRA ELM, INC.,)
22                                  )
          Defendants.                )

23
       Pursuant to Local Rule 160(b), Defendants STAPLES THE OFFICE SUPERSTORE,
24
   INC., STAPLES, INC. and SPERLING WOODLAND, LLC  ("defendants") and plaintiff
25
   SCOTT N. JOHNSON ("plaintiff") hereby request that the Court grant the parties an additional
26
   30 days to file dispositional documents in this case.  Good causes exists for the extension
27
   because the parties have been diligently working since the date they reached agreement
28

---

13389382v.1                              1                    Case No. 2:10-CV-03097 JAM-EFB
            REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

regarding resolution of this matter to agree upon and finalize the necessary documents to resolve the case. Additional delay has been due to the number of parties in this case. The parties hope to have those documents finalized and a stipulation for settlement filed with the Court within the next 30 days.

DATED: June 13, 2011                      DISABLED ACCESS PREVENTS INJURY, INC.


By     s/ Scott N. Johnson
     Scott N. Johnson
Attorneys for Plaintiff
SCOTT N. JOHNSON

DATED: June 13, 2011                      SEYFARTH SHAW LLP


By     s/ Kristina Launey
     Kristina M. Launey
Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC

   Good cause having been shown, the Court hereby orders that the parties will file dispositional documents no later than July 13, 2011.

**IT IS SO ORDERED.**

Dated: 6/13/2011                      /s/ John A. Mendez
                                      Hon. John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com