SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
STAPLES THE OFFICE SUPERSTORE,
INC., STAPLES, INC. and SPERLING WOODLAND, LLC

DISABLED ACCESS PREVENTS INJURY, INC.
Scott N. Johnson (SBN 166952)
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:  (916) 485-3516
Facsimile:  (916) 481-4224)
Email:  scottnjohnson@comcast.net

Attorneys for Plaintiff
SCOTT N. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br>  Plaintiff, <br><br> v. <br><br> EMBARCADERO HOLDINGS ONE, LLC; STAPLES, INC.; SPERLING WOODLAND, LLC; STAPLES THE OFFICE SUPERSTORE, INC.; SIERRA ELM SHOPPING CENTER ASSOCIATES, LLC; MR. PICKLE'S OPERATING CORP.; SIERRA ELM, INC., <br><br>  Defendants. | Case No. 2:10-CV-03097-JAM-EFB <br><br> **THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER** <br><br> **(E.D. L.R. 160(b))** |

Pursuant to Local Rule 160(b), Defendants STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC  ("defendants") and plaintiff SCOTT N. JOHNSON ("plaintiff") hereby request that the Court grant the parties an additional 30 days to file dispositional documents in this case.  Good causes exists for the extension because the parties have been diligently working since the date they reached agreement

PDF created with pdfFactory trial version www.pdffactory.com

regarding resolution of this matter to agree upon and finalize the necessary documents to resolve the case.  Additional delay has been due to the number of parties in this case.  The parties hope to have those documents finalized and a stipulation for settlement filed with the Court within the next 30 days.

DATED: July 13, 2011                            DISABLED ACCESS PREVENTS INJURY, INC.


By_____s/ Scott N. Johnson_____
        Scott N. Johnson
Attorneys for Plaintiff
SCOTT N. JOHNSON

DATED: July 13, 2011                            SEYFARTH SHAW LLP


By_____s/ Kristina Launey_____
        Kristina M. Launey
Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, INC., STAPLES, INC. and SPERLING WOODLAND, LLC

    Good cause having been shown, the Court hereby orders that the parties will file dispositional documents no later than August 12, 2011.

**IT IS SO ORDERED.**

Dated:   7/13/2011                              /s/ John A. Mendez_____
                                                Hon. John A. Mendez
                                                UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com